IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FRANSISCO CRUZ SOLORZANO, Petitioner, | § § § | |
| VS. | § § | MISC. ACTION NO. B-03-010 |
| ACTING INS DISTRICT DIRECTOR, Respondent. | § § § § | |

## ORDER

Pro se petitioner, Fransisco Cruz Solorzano ("Cruz") filed an Application for Federal Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1) on April 28, 2003. It appears that Cruz, currently incarcerated at the Guadalupe County Jail in Seguin, Texas, is seeking to bring this action as a pauper.

IT IS hereby ordered that Cruz will be allowed to proceed as a pauper and the Clerk of the Court is ordered to file the above styled case as a Civil Action

DONE at Brownsville, Texas, this 22nd day of July, 2004.

_____
John Wm. Black
United States Magistrate Judge